AO 442 (Rev. 11/11) Arrest Warrant

*119362l6*

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Robert Clark | ) Case: 1:26-mj-00056<br>) Assigned To: Judge Faruqui, Zia M.<br>) Assign. Date: 3/17/2026<br>) Description: COMPLAINT W/ARREST WARRANT<br>) |
| *Defendant* | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                                   Robert Clark                                   ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☒ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2252(a)(2) and (b)(1) (Distribution of Child Pornography) .

Date:      03/17/2026

_____
*Issuing officer's signature*

City and state:      Washington, D.C.              Zia M. Faruqui, U.S. Magistrate Judge
                                                   *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 17 Mar 26 , and the person was arrested on *(date)* 31 Mar 2026<br>at *(city and state)* Washington, DC .<br><br>Date: 31 Mar 2026                    _____<br>                                     *Arresting officer's signature*<br>                                     Daniel G. Dalton<br>                                     *Printed name and title* |